# IN THE SUPREME COURT OF THE STATE OF NEVADA

THE STATE OF NEVADA,
               Appellant,

vs.

JONATHON ROY DENNIS,
               Respondent.

No. 70687

**FILED**

OCT 19 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
     DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a ruling of the district court granting respondent's motion to suppress. Eighth Judicial District Court, Clark County; Elissa F. Cadish, Judge.

NRS 177.015(2) requires that the State file a notice of appeal in the district court within two judicial days of the district court's ruling. Additionally, the State must file a separate notice of appeal in this court within five judicial days after the ruling by the district court. *See State v. Braidy*, 104 Nev. 669, 765 P.2d 187 (1988); *State v. Loyle*, 101 Nev 65, 66, 692 P.2d 516, 517 (1985). When our preliminary review of this appeal revealed that the State did not timely file a separate notice of appeal in this court, we directed the State to show cause why this appeal should not be dismissed for lack of jurisdiction. In response, the State concedes that it did not file a second notice of appeal in this court within five days of the district court's ruling. Accordingly, because the State failed to fully

16-32744

comply with the jurisdictional requirements of NRS 177.015(2), we conclude that we lack jurisdiction to consider this appeal and we

ORDER this appeal DISMISSED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

cc:   Hon. Elissa F. Cadish, District Judge
      Attorney General/Carson City
      Clark County District Attorney
      Clark County Public Defender
      Eighth District Court Clerk